IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 24-350

ALEX JUNIOR VASQUES :

### WAIVER OF INDICTMENT UNDER FED.R.CRIM.P. 7(b)

Defendant Alex Junior Vasques, accused of the following: conspiracy to distribute 40 grams or more of a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, from in or about May 2024 through on or about September 12, 2024, in violation of 21 U.S.C. § 841 (a)(1), (b)(1)(B), all in violation of 21 U.S.C. § 846 (Count One), a crime punishable by imprisonment for more than one year imprisonment, and having been advised of the nature of the charges and of his rights, waives in open court prosecution by Indictment and consents to this prosecution proceeding by way of Information instead of by Indictment.

_____
ALEX JUNIOR VASQUES
Defendant

_____
GUY R. SCIOLLA, ESQ.
ELLIS PALIVISAS, ESQ.
Counsel for Defendant

_____
Asst. U.S. Attorney

DATE: 12/2/24